

# NUMBER 13-13-00190-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ALBERT RODRIGUEZ MEDELLIN,                                    Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On appeal from the 207th District Court
### of Comal County, Texas.

# ORDER TO FILE APPELLATE BRIEF

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

This cause is before the Court on the State's first motion for extension of time to

file the brief in this matter.[1]   The Court received appellant's brief on April 28, 2014.

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

Appellant subsequently filed a motion for leave to file the brief and this was granted by the Court on May 21, 2014. The State is requesting an extension of ninety days to file its brief.

The Court is of the opinion that the State's motion for extension of time should be granted with order. Accordingly, we GRANT the State's motion for extension of time and ORDER the State to file the brief on or before August 26, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED IN THIS MATTER.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
11th day of July, 2014.